IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD THOMPSON,
    Plaintiff,

vs.                                    Case No.: 3:06cv540/LAC/EMT

SHORELINE TRANSPORTATIONS,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 15, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and no objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.
2. This cause is **DISMISSED** for lack of subject matter jurisdiction and the clerk is directed to close the file.

**ORDERED** on this 16th day of July, 2007.

                                                  s/ *L.A. Collier*
                                                  Lacey A. Collier
                                             Senior United States District Judge